IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLAUDE J. OLIVER (TDCJ No. 1493123), ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § | No. 3:15-cv-2962-P |
| TRIAL COURT JUDGES, ET AL., | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff Claude J. Oliver. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's motion for leave to file correction (Doc. 7) is denied as moot.

SO ORDERED this 21st day of October, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE